GREGG A. FARLEY (SBN: 115593)
E-mail: gfarley@farleyfirm.com
**LAW OFFICES OF GREGG A. FARLEY**
11755 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone: (310) 445-4024
Facsimile: (310) 445-4109

SAHAG MAJARIAN II (SBN: 146621)
E-mail: sahagii@aol.com
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiff, Elder E. Cifuentes

WILLIAM DRITSAS (SBN: 97523)
E-mail: wdritsas@seyfarth.com
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
TIMOTHY M. RUSCHE (SBN: 230036)
E-mail: trusche@seyfarth.com
SARA M. POGGI (SBN: 259469)
E-mail: spoggi@seyfarth.com
**SEYFARTH SHAW LLP**
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant RED ROBIN INTERNATIONAL, INC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDER E. CIFUENTES, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., a Nevada corporation; and DOES 1 through 25,<br><br>Defendants. | Case No. C 11-05635 EMC<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE RE MOTION TO REMAND; [P~~ROPO~~SED] ORDER**<br><br>Complaint Filed: October 4, 2011 |

1

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE RE MOTION TO REMAND

14050239v.1

1  Pursuant to L.R. 6-2 and 7-12, Plaintiff Elder E. Cifuentes ("Plaintiff") and Defendant Red Robin International, Inc. ("Red Robin") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Red Robin removed this case to the United States District Court for the Northern District of California on November 21, 2011;

WHEREAS, Plaintiff filed a Motion to Remand the instant action on December 20, 2011;

WHEREAS, pursuant to the Local Rules of the United States District Court for the Northern District of California, Red Robin's response to the Motion to Remand is currently due on January 3, 2012;

WHEREAS, the attorney and partner primarily responsible for this matter, Timothy M. Rusche, will be out of the country until January 3, 2012, with limited access to computer resources and no access to evidentiary material;

WHEREAS, the upcoming Holidays severely limit Defense Counsel's ability to reach out to the necessary business and administrative personnel at Red Robin and to collect any additional evidence needed to respond to the various arguments raised in Plaintiff's Motion to Remand;

WHEREAS, the unavailability of its counsel and employees due to the Holiday season and its resulting inability to adequately prepare an opposition to Plaintiff's Motion to Remand absent an extension would severely prejudice Red Robin;

WHEREAS, although Plaintiff stresses his intention to pursue the Motion to Remand, Plaintiff joins this stipulation in the interest of professional courtesy; and

WHEREAS, there have been no other time modifications in this case, a scheduling order has not issued, a discovery deadline has not been set, and trial has not been scheduled, and, therefore, the time modification to which the Parties stipulate herein will not adversely affect the timetable for the case.

NOW, THEREFORE, based on the foregoing and for good cause shown, the Parties agree and stipulate that:

1. The deadline for Red Robin's response to Plaintiff's Motion to Remand shall be moved from January 3, 2012 to January 10, 2012;

1   2.   The deadline for Plaintiff to reply to Red Robin's response shall be moved from January 10, 2012 to January 17, 2012;

3.   The hearing on the Motion to Remand shall be moved from January 27, 2012 to February 3, 2012, at 1:30 p.m.

IT IS SO STIPULATED.

DATED: December 21, 2011            LAW OFFICE OF GREGG A. FARLEY


By  /s/ Gregg A. Farley
       Gregg A. Farley
Attorney for Plaintiff
ELDER E. CIFUENTES

DATED: December 21, 2011            SEYFARTH SHAW LLP


By  /s/ Timothy M. Rusche
       Timothy M. Rusche
Attorneys for Defendant
RED ROBIN INTERNATIONAL, INC.

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE RE MOTION TO REMAND
14050239v.1

1 [PROPOSED] ORDER

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 DATED: 12/22/11 _____

IT IS SO ORDERED

Judge Edward M. Chen

*United States District Court, Northern District of California* seal

---

14050239v.1 [PROPOSED] ORDER

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 333 S. Hope Street, Suite 3900, Los Angeles, California 90071. On December 21, 2011, I served the within documents:

**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE RE MOTION TO REMAND; [PROPOSED] ORDER**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ electronically by using the Court's ECF/CM System.

Gregg A. Farley, Esq.
LAW OFFICES OF GREGG A. FARLEY            *Attorneys for Plaintiff*
11755 Wilshire Blvd., Site 1300
Los Angles, California 90025
Tel: (310) 445-4024
Fax: (310) 445-4109

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on December 21, 2011, at Los Angeles, California.

*/s/ Elsa J. Terre*
Elsa J. Terre